In re:                                                              Case No. 12-02758-RNO
Kelly J. Horton                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner          Page 1 of 1          Date Rcvd: May 16, 2017
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4109259          E-mail/PDF: cbp@onemainfinancial.com May 16 2017 19:00:23          SPRINGLEAF FINANCIAL SERVICES,
        125 GATEWAY DR STE 109,   MECHANICSBURG PA 17050-2905
                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
        Ann E. Swartz   on behalf of Creditor   Bank of America, N.A., et al... ASwartz@mwc-law.com,
          ecfmail@mwc-law.com
        Bass and Associates PC   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        Robert E Chernicoff   on behalf of Debtor Kelly J. Horton rec@cclawpc.com,
          jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
        Thomas I Puleo   on behalf of Creditor   Nationstar Mortgage, LLC. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-02758-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Kelly J. Horton
256 White Dogwood Drive
Etters PA 17319

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/16/2017.

Name and Address of Alleged Transferor(s):

Claim No. 1: SPRINGLEAF FINANCIAL SERVICES, 125 GATEWAY DR STE 109, MECHANICSBURG PA 17050-2905

Name and Address of Transferee:

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
LVNV Funding, LLC
c/o Resurgent Capital Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/18/17

Terrence S. Miller

**CLERK OF THE COURT**