IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1:12-bk-02758-RNO
:
KELLY J. HORTON :
: CHAPTER 13
    Debtor :

## Change of Address

Previous Address:

Kelly J. Horton
256 White Dogwood Drive
Etters, PA 17319

THE UPDATED ADDRESS IS:

Kelly J. Horton
90 St. Andrews Way
Etters, PA 17319

__/s/ Robert E. Chernicoff, Esquire_____      __6/20/17_
Signature of Debtor or Debtor's Attorney      Date